UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SOKOL CAMAJ, by and through
his guardian PASHKA CAMAJ,

    Plaintiffs,

v.

NATIONAL CONEY ISLAND, INC.,

    Defendant.

Case No: 17-cv-10825
Hon. Avern Cohn
Magistrate Judge Anthony P. Patti

_____/

| Joseph Dedvukaj (P51335) | Alex L. Alexopoulos (P40547) |
|---|---|
| The Joseph Dedvukaj Firm PC | Starr, Butler, Alexopoulos & Stoner, PLLC |
| Attorneys for Plaintiffs | Attorneys for Defendant |
| 1277 West Square Lake Road | 20700 Civic Center Drive, Ste. 290 |
| Bloomfield Hills, MI 48302 | Southfield, Michigan 48076 |
| (248) 352-2110 | (248) 554-2700 |
| jdlawfirm@aol.com | ala@starrbutler.com |

_____/

**STIPULATED ORDER OF DISMISSAL**
**WITH PREJUDICE AND WITHOUT COSTS**

    The parties having stipulated to the dismissal of the above referenced cause of action with prejudice and without costs, interest and attorney fees to any party, and the Court being otherwise fully advised in the premises;

00045976.WPD

1

IT IS HEREBY ORDERED that the above entitled cause be and is dismissed with prejudice and without costs, interest and attorney fees to any party.

Dated: 9/6/2017        <u>    S/Avern Cohn    </u>
                   Hon. Avern Cohn
                   U.S. District Court Judge

Approved as to form and substance:

<u>  /s/ Joseph Dedvukaj           </u>
Joseph Dedvukaj (P51335)
Attorney for Plaintiffs


<u>  /s/ Alex L. Alexopoulos         </u>
Alex L. Alexopoulos (P40547)
Attorney for Defendant

STARR, BUTLER, ALEXOPOULOS & STONER, PLLC, 20700 CIVIC CENTER DRIVE, SUITE 290, SOUTHFIELD, MI, 48076  (248) 554-2700

00045976.WPD                           2